**United States District Court**
For the Northern District of California

1
2                    IN THE UNITED STATES DISTRICT COURT
3                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
4
5    Lerhaupt, et al.,                    No. CV12-05959 JSW
6                    Plaintiff,           No. CV12-06363 JSW
                                          No. CV13-00231 JSW
7       v.
8    Intutitive Surgical, Inc, et al.,    **ORDER SCHEDULING TRIAL AND**
                                          **PRETRIAL MATTERS**
9                    Defendant.           (Related Cases)
10  _____/
11
12          Following the Case Management Conference, IT IS HEREBY ORDERED that the Case
13   Management Statement is adopted, except as expressly modified by this Order.  It is further
     ORDERED that:
14
15          **A.      DATES**
16   Trial Date:      12/8/2014, at 8:00 a.m., 10 days
17   Pretrial Conference:  Monday, 11/10/2014, at 2:00 p.m.
18   Last Day to Hear Dispositive Motions:  Friday, 8/29/2014, 9:00 a.m.
19   Last Day for Expert Discovery:  7/18/2014
20   Close of Non-expert Discovery: 6/13/2014
21
22          **B.      DISCOVERY**
23          The parties are reminded that a failure voluntarily to disclose information pursuant to
24   Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses
25   pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of
26   non-expert discovery, lead counsel for each party shall serve and file a certification that all
     supplementation has been completed.
27
28
            **C.      PROCEDURE FOR AMENDING THIS ORDER**

**United States District Court**
For the Northern District of California

1    No provision of this order may be changed except by written order of this court upon its

2  own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b)

3  without a showing of very good cause.  If the modification sought is an extension of a deadline

4  contained herein, the motion must be brought <u>before</u> expiration of that deadline.  The parties

5  may not modify the pretrial schedule by stipulation.  A conflict with a court date set after the

6  date of this order does not constitute good cause. The parties are advised that if they stipulate to

7  a change in the discovery schedule, they do so at their own risk.  The only discovery schedule

8  that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are

9  specifically set by the court may not be altered by stipulation; rather the parties must obtain

10  leave of Court.

11    **IT IS SO ORDERED.**

12

13  Dated:  May 7, 2013                                    _____
                                                          JEFFREY S. WHITE
14                                                        UNITED STATES DISTRICT JUDGE

2