NANCY HERSH, State Bar No. 49091
MARK E. BURTON, JR., State Bar No. 178400
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6316
(415) 441-5544

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA LERHAUPT AND BENJAMIN LERHAUPT, <br><br> Plaintiffs, <br><br> vs. <br><br> INTUITIVE SURGICAL, INC., <br><br> Defendants. | CASE NO. 3:12-cv-05959 JSW <br> (Related to 12-cv-03760 JSW) <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs ANNA LERHAUPT and BENJAMIN LERHAUPT, by and through their counsel, Nancy Hersh of Hersh & Hersh, A Professional Corporation, and Defendant INTUITIVE SURGICAL, INC., by and through its counsel, Allen J. Ruby of Skadden, Arps, Slate, Meagher & Flom LLP, submit the following Stipulation for Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

IT IS HEREBY STIPULATED that the above-captioned action be and hereby is dismissed with prejudice as to INTUITIVE SURGICAL, INC.

IT IS FURTHER STIPULATED that each party shall bear their own costs and fees.

- 1 -

IT IS SO STIPULATED.

DATED: August 14, 2013.

HERSH & HERSH
A Professional Corporation

By _____
Nancy Hersh
Attorneys for Plaintiffs

DATED: August 14, 2013.

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP & AFFILIATES

By _____
Allen J. Ruby
Attorneys for Defendant

IT IS SO ORDERED.

DATED: August 14, 2013

_____
JEFFREY S. WHITE, Judge
United States District Court

- 2 -

STIPULATION FOR DISMISSAL WITH PREJUDICE