NANCY HERSH, State Bar No. 49091
MARK E. BURTON, JR., State Bar No. 178400
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6316
(415) 441-5544

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA LERHAUPT AND BENJAMIN LERHAUPT, | CASE NO. 3:12-cv-05959 JSW (Related to 12-cv-03760 JSW) |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| INTUITIVE SURGICAL, INC., | |
| Defendants. | |

Plaintiffs ANNA LERHAUPT and BENJAMIN LERHAUPT, by and through their counsel, Nancy Hersh of Hersh & Hersh, A Professional Corporation, and Defendant INTUITIVE SURGICAL, INC., by and through its counsel, Allen J. Ruby of Skadden, Arps, Slate, Meagher & Flom LLP, submit the following Stipulation for Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

IT IS HEREBY STIPULATED that the above-captioned action be and hereby is dismissed with prejudice as to INTUITIVE SURGICAL, INC.

IT IS FURTHER STIPULATED that each party shall bear their own costs and fees.

- 1 -

STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS SO STIPULATED.

DATED: August 14, 2013.

HERSH & HERSH
A Professional Corporation

By /s/ Nancy Hersh
Nancy Hersh
Attorneys for Plaintiffs

DATED: August 14, 2013.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP & AFFILIATES

By /s/ Allen J. Ruby
Allen J. Ruby
Attorneys for Defendant

IT IS SO ORDERED.

DATED: August 14, 2013

/s/ Jeffrey S. White
JEFFREY S. WHITE, Judge
United States District Court

- 2 -

STIPULATION FOR DISMISSAL WITH PREJUDICE